**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JEREMY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-CV-1056 JAR |
| | ) | |
| DJS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of plaintiff Jeremy Jones' pro se complaint. Plaintiff's handwriting is extremely difficult to read. The Court is unable to determine the proper name of the defendant, currently annotated as "DJS," and the Court is unable to discern the entirety of the "Statement of Claim." Additionally, plaintiff has failed to provide a prison account statement. For these reasons, the Court will require plaintiff to amend his complaint on a court-provided form and provide a prison account statement.

Plaintiff has twenty-one (21) days from the date of this Order to file an amended complaint in accordance with the specific instructions set forth here. All claims in the action must be included in one, centralized complaint form. *See* Fed. R. Civ. P. 7(a)(1), 8(a).

Plaintiff is warned that the filing of an amended complaint replaces the original complaint and all previously-filed pleadings, so plaintiff must include each and every one of the claims he wishes to pursue in the amended complaint. *See, e.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005). Any claims from the original complaint, supplements, and/or pleadings that are not included in the amended complaint will be deemed abandoned and will not be considered. *Id.*

When plaintiff fills out the complaint form he must take care to clearly identify the defendant, or defendants, in this action by their full names. Moreover, when he fills out the "Statement of Claim," he must take care to write in a manner that can be plainly read by the Court.

The allegations in the complaint must show how each defendant is directly responsible for the alleged harms. If plaintiff wishes to sue defendants in their individual capacities, plaintiff must specifically say so in the amended complaint.

If plaintiff fails to file an amended complaint on the Court's form within twenty-one (21) days and in compliance with the Court's instructions, the Court will dismiss this action without prejudice and without further notice.

Last, plaintiff must file a separate prison account statement showing the funds contained in his inmate account within twenty-one (21) days of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's prisoner civil rights complaint form.

**IT IS FURTHER ORDERED** that plaintiff must file an amended complaint on the Court's form within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff must submit a certified copy of his prison account statement for the six-month period preceding the filing of the complaint within twenty-one (21) days of the date of this Memorandum and Order.

2

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.  If the case is dismissed for non-compliance with this Order, the dismissal will **not** count as a "strike" under 28 U.S.C. § 1915(g).

Dated this 25th day of August, 2021.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

3