**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JEREMY A. JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:21-CV-1056 JAR |
| ST. LOUIS CITY DIV. OF JUSTICE SERV., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court are post-dismissal motions filed by plaintiff in this action brought pursuant to 42 U.S.C. § 1983. Plaintiff's third amended complaint against the St. Louis City Division of Justice Services was dismissed by this Court on November 15, 2021. Plaintiff appealed the dismissal to the Eighth Circuit Court of Appeals. *Jones v. St. Louis County Justice Center*, No. 21-3732 (8th Cir. 2022). On January 27, 2022, the Court of Appeals summarily affirmed the judgment of the District Court. The Court of Appeals remanded the matter to the District Court for collection of the appellate filing fee on that same date.

On February 16, 2022, plaintiff filed a motion to "change venue" from St. Louis County Justice Center. He also moved for appointment of counsel, not only on February 16, 2022, but also on February 28, 2022, March 2, 2022, March 7, 2022, and March 14, 2022.

The Court has no authority to move plaintiff from his current place of incarceration. Thus, plaintiff's motion to "change venue" will be denied. Additionally, this case is closed. Therefore, the Court will decline to appoint counsel in this matter. The Clerk will also be instructed to return any additional filings by plaintiff in this closed case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to "change venue" [ECF No. 48] is **DENIED.**

**IT IS FURTHER ORDERED** that plaintiff's motions for appointment of counsel [ECF Nos. 49, 51, 52 and 57] are **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall not accept any additional filings in this closed case. All filings shall be returned to plaintiff.

Dated this 14th day of March, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE